

United States District Court
Eastern District of California

CHRISTINE SCRIVNER,

Plaintiff(s)

V.

WALMART INC., ET AL.,

Defendant(s)

Case Number: 2:25-cv-03103-DAD-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Robert M. Devling hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Christine Scrivner

On 01/18/2022 (date), I was admitted to practice and presently in good standing in the District of Columbia Courts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me. See attached list of all admissions.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/20/2025

Signature of Applicant: /s/ Robert M. Devling

**Pro Hac Vice Attorney**

Applicant's Name: Robert M. Devling

Law Firm Name: Tycko & Zavareei LLP

Address: 2000 Pennsylvania Ave. NW

Suite 1010

City: Washington    State: DC    Zip: 20006

Phone Number w/Area Code: (202) 973-0900

City and State of Residence: Arlington, VA

Primary E-mail Address: rdevling@tzlegal.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Annick M. Persinger

Law Firm Name: Tycko & Zavareei LLP

Address: 1970 Broadway

Suite 1070

City: Oakland    State: CA    Zip: 94612

Phone Number w/Area Code: (510) 254-6808    Bar # 272996

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 20, 2025

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT