

United States District Court
Eastern District of California

CHRISTINE SCRIVNER,

Plaintiff(s)

Case Number: 2:25-cv-03103-DAD-JDP

V.

WALMART INC., ET AL.,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Frank A. Bartela hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Christine Scrivner

On _____11/07/2011_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Ohio_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____02/13/2026_____    Signature of Applicant: /s/ Frank A. Bartela

**Pro Hac Vice Attorney**

Applicant's Name: Frank A. Bartela

Law Firm Name: Tycko & Zavareei LLP

Address: 2515 Jay Ave.

First Floor

City: Cleveland     State: OH     Zip: 44113

Phone Number w/Area Code: (216) 423-6599

City and State of Residence: Eastlake, OH

Primary E-mail Address: fbartela@tzlegal.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Annick M. Persinger

Law Firm Name: Tycko & Zavareei LLP

Address: 1970 Broadway

Suite 1070

City: Oakland     State: CA     Zip: 94612

Phone Number w/Area Code: (510) 254-6808     Bar # 272996

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2026

_Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT